# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENT ALLEN HAMILTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.                                                      ) | Case No. CIV-25-00182-PRW |
| ) | |
| STEVEN HARPE, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is Petitioner Brent Allen Hamilton's Motion for Leave to File a Brief in Support of Petition for Writ of Habeas Corpus (Dkt. 4). On February 11, 2025, Hamilton filed his Petition, without a supporting brief. (Dkt. 1). Hamilton now seeks 60 days to prepare and file a brief in support because his counsel has been occupied with motions and briefs in other cases. Opposing counsel has not yet entered an appearance in this matter. Upon review, and for good cause shown, the Court **GRANTS** the Motion (Dkt. 4). Hamilton shall file his brief in support of his Petition on or before on or before April 14, 2025.

**IT IS SO ORDERED** this 13th day of February 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1